**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7310**

---

GEORGE R. SHELTON,

                                             Petitioner - Appellant,

     versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                                           Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  James E. Bradberry, Magistrate
Judge.  (CA-02-67-2)

---

Submitted:  January 16, 2003      Decided:  January 23, 2003

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

George R. Shelton, Appellant Pro Se.  Robert H. Anderson, III,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George R. Shelton seeks to appeal the magistrate judge's report and recommendation. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Shelton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny a certificate of appealability and dismiss the appeal for lack of jurisdiction.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Even if Shelton's notice of appeal was construed as appealing the district court's November 6 order, dismissal would be appropriate. Shelton failed to file timely sufficient objections to the magistrate judge's report and recommendation and has therefore waived this Court's review of the claims asserted in his § 2254 petition.